PROB-12A
(12/98)

# United States District Court

## for

## Southern District of Ohio

## Report on Offender Under Supervision

Name of Offender: **Paul M White**                    Case Number: **1:02CR00026**

Name of Sentencing Judicial Officer:     **The Honorable S. Arthur Spiegel**
**United States Senior District Judge**

Date of Original Sentence: **August 29, 2002**

Original Offense: **Mail Fraud**

Original Sentence:  **36 month(s) probation**

Type of Supervision: **Probation**          Date Supervision Commenced: **August 29, 2002**

## NON-COMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| #1 | FAILURE TO PAY RESTITUTION; |
| | THE DEFENDANT WAS ORDERED TO PAY RESTITUTION IN THE AMOUNT OF $72,679.99, AND HIS SUPERVISION IS SCHEDULED TO EXPIRE ON 8-28-05.  HE STILL HAS AN OUTSTANDING BALANCE OF $64,729.99. |

U.S. Probation Officer Action: **I AM RECOMMENDING THAT NO ACTION BE TAKEN, AND THAT THE CASE EXPIRE WITH RESTITUTION BALANCE OF $64,729.99.  THE DEFENDANT HAS BEEN PAYING SPORADIC PAYMENTS TOWARD RESTITUTION, BUT HE WAS PLAGUED WITH FINANCIAL PROBLEMS LAST YEAR WHEN HIS BUSINESS FAILED.  THE DEFENDANT IS CURRENTLY WORKING AT SOURCE LINK AS A SALESMAN EARNING APPROXIMATELY $1,500.00 PER MONTH, WHICH HAS ALLOWED HIM TO START PAYING HIS RESTITUTION AGAIN.  THE VICTIMS HAVE BEEN NOTIFIED AND REFERRED TO THE FINANCIAL LITIGATION UNIT, TO DETERMINE WHAT FURTHER REMEDIES**

PROB 12A
(12/98)

**MAY BE AVAILABLE TO THEM.**

Respectfully submitted,                                    Approved,

by                                                        by

**Lorraine Cooper**                                       Supervising U. S. Probation Officer
U. S. Probation Officer                                   Date: 4|8|05
Date:    April 8, 2005

[✓]    I concur with the recommendation of the Probation Officer
[ ]    Submit a Request for Modifying the Condition or Term of Supervision
[ ]    Submit a Request for Warrant or Summons

Signature of Judicial Officer

4/12/05

Date